Sarah Derry, Alaska Bar No. 2006050
Robert H. Lavitt, WSBA No. 27758
*Pro hac vice application pending*
Melana Dayanim, WSBA No. 64238
*Pro hac vice application pending*
**BARNARD IGLITZIN & LAVITT LLP**
18 West Mercer Street, Suite 400
Seattle, WA 98119
Tel: (206) 257-6021
derry@workerlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 959,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GRANITE CONSTRUCTION INC.,<br><br>　　　　　　　　　　Defendant. | No. 3:26-cv_____ |

### PLAINTIFF'S COMPLAINT TO COMPEL ARBITRATION
### (29 U.S.C. § 185(a))

**NATURE OF ACTION**

1.1    This action is filed by International Brotherhood of Teamsters Local 959 ("Local 959" or "the Union") under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a), to compel arbitration of a dispute arising under a collective bargaining agreement.

## PARTIES, JURISDICTION AND VENUE

2.1     Plaintiff, Local 959, is a labor organization, as that term is defined under the Labor Management Relations Act, 29 U.S.C. § 152(5), with its principal place of business in Anchorage, Alaska, representing workers in this judicial district.

2.2     Defendant Granite Construction Company ("Granite Construction") is a corporation doing business throughout the state of Alaska. Granite Construction is a corporation engaged in an industry affecting commerce as defined by the Labor Management Relations Act, and for all relevant time periods was an employer, as that term is defined under the Labor Management Relations Act, 29 U.S.C. § 152(2).

2.3     This Court has jurisdiction of this matter pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a) and 28 U.S.C. §§ 1331 and 1337.

2.4     Venue is proper in this Court by virtue of 28 U.S.C. § 1391(b) because the matters giving rise to this complaint occurred within this judicial district.

## FACTUAL ALLEGATIONS

3.1     Local 959 is the exclusive bargaining representative, under a 29 U.S.C. § 158(f) collective bargaining agreement, for construction workers employed by Granite Construction to perform work subject to the jurisdiction of the Union in the state of Alaska. Local 959 has collectively bargained with Granite Construction for over 30 years.

3.2     Local 959 and Granite Construction are parties to a collective bargaining agreement which has an effective period of April 1, 2023, until February 28, 2026. **Exhibit A**. Pursuant to Article 1.01 of this Agreement, "The Employer recognizes the Union as the sole and exclusive bargaining representative of all Teamsters and Technical Engineers on

Plaintiff's Complaint to Compel Arbitration- 2
*Teamsters Local 959 v. Granite Construction, 3:26-cv-____*
Case 3:26-cv-00093-HRH    Document 1    Filed 02/27/26    Page 2 of 8

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

building, marine, offshore, environmental cleanup and remediation, heavy and highway construction jobs, who perform work within the jurisdiction of the Union in the state of Alaska, and this Agreement shall apply to such employees."

3.3 The collective bargaining agreement contains a binding grievance and arbitration procedure that encompasses all grievances arising between Local 959 and Granite Construction for "claimed violation[s] of a specific provision of" the collective bargaining agreement. *Id.* at Article 5.01

3.4 The collective bargaining agreement provides that, "Should any grievance or complaint arise which cannot be negotiated and settled" using the grievance procedure, "the Employer and the Union agree to submit the matter to the arbitrator…" *Id.* at Article 5.02.

3.5 The collective bargaining agreement also contains a provision under which the "Union agrees to maintain a hiring hall" and, in response, the "Employer agrees to exclusively use the services of such hiring hall and will call upon the Union to furnish all qualified workers in the classifications herein mentioned." *Id.* at Article 2.01. Four of the classifications covered by or mentioned in the collective bargaining agreement are "Dump Trucks" (often referred to as "Articulating End Dumps"), "Water Truck" and "Water Wagon" (often referred to as "Articulating Water Trucks"), "Track Truck Equipment" (often referred to as "Track Crawlers"), and "Haul Trucks." *Id.* at Article 4, Article 5.01 of Schedule A.

3.6 On April 22, 2025, Union Business Agent Antwon Dungey directly observed multiple drivers not represented by Teamsters and not hired through the Local 959 Hiring

Plaintiff's Complaint to Compel Arbitration- 3
*Teamsters Local 959 v. Granite Construction*, 3:26-cv-___

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

Case 3:26-cv-00093-HRH   Document 1   Filed 02/27/26   Page 3 of 8

Hall operating Articulating End Dumps on a Granite Construction project, the Glenn Highway Project. **Exhibit B**.

3.7 On April 24, 2025, the Union timely filed a grievance (No. 25-00173) based on this violation of the collective bargaining agreement's Hiring Hall provision. *Id.*

3.8 On April 30, 2025, Granite Construction denied the Hiring Hall grievance regarding the Articulating End Dump operators, claiming that this issue was a jurisdictional dispute not subject to the collective bargaining agreement's grievance and arbitration process. **Exhibit C**.

3.9 The grievance procedure in the collective bargaining agreement contains a provision stating that "[t]he above procedures do not apply to jurisdictional disputes." Exhibit A, Article 5.01(h). The collective bargaining agreement does not define "jurisdictional dispute."

3.10 On May 2, 2025, the Local 959 appealed the Hiring Hall grievance (No. 25-00173) regarding Articulating End Dump operators working on the Glenn Highway Project to final and binding arbitration. **Exhibit D**.

3.11 On May 6, 2025, Local 959 filed three additional grievances regarding Granite Construction hiring operators of Articulating Water Trucks (No.25-00201), Track Trucks (No. 25-00202), and Articulating End Dumps (No. 25-00203), who were both not represented by the Union and not hired through the Local 959 Hiring Hall, to work on the Fort Knox project in violation of the Hiring Hall provision of the parties' collective bargaining agreement. **Exhibit E**.

Plaintiff's Complaint to Compel Arbitration- 4
*Teamsters Local 959 v. Granite Construction*, 3:26-cv-___
Case 3:26-cv-00093-HRH     Document 1     Filed 02/27/26     Page 4 of 8

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

3.12   On May 15, 2025, Granite Construction also denied these Hiring Hall grievances, claiming that they were jurisdictional disputes not subject to the collective bargaining agreement's grievance and arbitration process. **Exhibits F, G, H**.

3.13   On May 16, 2025, Local 959 appealed these Hiring Hall grievances regarding Articulating Water Truck, Track Truck, and Articulating End Dump operators working on the Fort Knox project to final and binding arbitration. **Exhibits I, J, K**.

3.14   On August 12, 2025, the Union filed two additional grievances regarding Granite Construction hiring operators of Articulating Water Trucks (No. 25-00313) and Articulating End Dumps (No. 25-00314) who were both not represented by Local 959 and not hired through its Hiring Hall to work on the Parks Highway project in violation of the Hiring Hall provision of the parties' collective bargaining agreement. **Exhibit L**.

3.15   On August 20, 2025, Granite Construction also denied these Hiring Hall grievances, claiming they were jurisdictional disputes not subject to the collective bargaining agreement's grievance and arbitration process. **Exhibits M, N**.

3.16   Local 959 timely appealed these Hiring Hall grievances regarding Articulating Water Truck and Articulating End Dump operators working on the Parks Highway project to final and binding arbitration.

3.17   On July 30, 2025, the parties agreed to hold the grievances in abeyance to explore whether the dispute could be resolved outside of the grievance and arbitration process in the collective bargaining agreement. Granite previously confirmed that it was not claiming any of the grievances were untimely.

Plaintiff's Complaint to Compel Arbitration- 5
*Teamsters Local 959 v. Granite Construction*, 3:26-cv-____

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
**BARNARD IGLITZIN & LAVITT LLP**

Case 3:26-cv-00093-HRH     Document 1     Filed 02/27/26     Page 5 of 8

3.18 On September 16, 2025, the Union filed another grievance (No. 25-00367) regarding Granite Construction hiring operators of CAT 773 Haul Trucks who were both not represented by Local 959 and not hired through its Hiring Hall to work on the Port of Anchorage project in violation of the Hiring Hall provision of the parties' collective bargaining agreement. **Exhibit O**.

3.19 On September 19, 2025, Granite Construction also denied this Hiring Hall grievance, claiming it was a jurisdictional dispute not subject to the collective bargaining agreement's grievance and arbitration process. **Exhibit P**.

3.20 On September 26, 2025, Local 959 appealed this Hiring Hall grievance regarding Haul Truck operators working on the Port of Anchorage project to final and binding arbitration. **Exhibit Q**.

3.21 On February 3, 2026, Local 959 notified Granite Construction through counsel that efforts for dispute resolution outside the contract's grievance and arbitration process had failed. Local 959 then renewed its demand to arbitrate the Hiring Hall grievances.

3.22 On February 5, 2026, Granite Construction, through counsel, reaffirmed that it still refused to arbitrate the Hiring Hall grievances, claiming that the grievances were jurisdictional disputes. Granite, while maintaining its position, agreed to jointly request a panel of arbitrators for the parties to strike in order to select an arbitrator, provisionally, in case the parties were ordered to arbitrate the pending grievances.

3.23 Granite's continued refusal to arbitrate the Hiring Hall grievances is a violation of the grievance and arbitration clauses of the parties' collective bargaining

Plaintiff's Complaint to Compel Arbitration- 6
*Teamsters Local 959 v. Granite Construction, 3:26-cv-____*

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD
IGLITZIN &
LAVITT LLP**

Case 3:26-cv-00093-HRH   Document 1   Filed 02/27/26   Page 6 of 8

agreement which covers grievances arising under the Hiring Hall provision of the parties' collective bargaining agreement.

3.24 The following table provides a list of the Local 959 grievances pending against Granite, all of which Granite refuses to arbitrate:

| Grievance # | Grievance Date | Site | Classification |
| --- | --- | --- | --- |
| 25-00173 | 4/24/2025 | Glenn Highway | Articulating End Dumps |
| 25-00201 | 5/6/2025 | Fort Knox | Water Trucks |
| 25-00202 | 5/6/2025 | Fort Knox | Track Trucks |
| 25-00203 | 5/6/2025 | Fort Knox | Articulating End Dumps |
| 25-00313 | 8/12/2025 | Parks Highway | Water Trucks |
| 25-00314 | 8/12/2025 | Parks Highway | Articulating End Dumps |
| 25-00367 | 9/16/2025 | Port of Anchorage | CAT 773 Haul Trucks |

**CLAIM FOR RELIEF**

4.1 Plaintiff re-alleges and incorporates by reference the allegations made in paragraphs 3.1 through 3.24.

4.2 Defendant's refusal to agree to submit these grievances to arbitration constitutes bad faith and a willful violation of the parties' collective bargaining agreement.

4.3 Pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a), this Court is empowered and should compel Defendant to submit these grievances to final and binding arbitration.

WHEREFORE, Plaintiff Teamsters Local 959 respectfully prays for judgment against Defendant Granite Construction as follows:

Plaintiff's Complaint to Compel Arbitration- 7
*Teamsters Local 959 v. Granite Construction, 3:26-cv-___*
Case 3:26-cv-00093-HRH    Document 1    Filed 02/27/26    Page 7 of 8

18 WEST MERCER ST., STE. 400    **BARNARD**
SEATTLE, WASHINGTON 98119    **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

1. An order directing Granite Construction to act jointly with Local 959 in the selection of an arbitrator and the submission of the above-referenced grievances to arbitration in accordance with the terms of the collective bargaining agreement.

2. An order awarding Local 959 all attorney's fees and costs incurred in its attempts to bring this matter to arbitration, including but not limited to the fees and costs reasonably incurred in bringing this action.

3. Such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 26th day of February 2026.

/s/ Sarah Derry
Sarah Derry, Alaska Bar No. 2006050
Robert H. Lavitt, WSBA No. 27758
*Pro hac vice application pending*
Melana Dayanim, WSBA No. 64238
*Pro hac vice application pending*
**BARNARD IGLITZIN & LAVITT LLP**
18 West Mercer Street, Suite 400
Seattle, WA 98119
Tel: (206) 257-6021
derry@workerlaw.com
lavitt@workerlaw.com
dayanim@workerlaw.com

*Attorneys for Plaintiff, Teamsters Local 959*

Plaintiff's Complaint to Compel Arbitration- 8
*Teamsters Local 959 v. Granite Construction,* 3:26-cv-___
Case 3:26-cv-00093-HRH    Document 1    Filed 02/27/26    Page 8 of 8